IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 08 C 1782 |
| CORNERSTONE CONSTRUCTION GROUP, L.L.C., an Iowa limited liability company, | ) ) ) ) | JUDGE MILTON I. SHADUR |
| Defendant. | ) ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:    Stanley Lande & Hunter, Registered Agent
Cornerstone Construction Group, L.L.C.
900 Firstar Center
201 W. 2nd
Davenport, IA   52801

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com
I:\MIDJ\Cornerstone\notice of dismissal.jdg.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 14th day of April 2008:

            Stanley Lande & Hunter, Registered Agent
            Cornerstone Construction Group, L.L.C.
            900 Firstar Center
            201 W. 2nd
            Davenport, IA   52801

                      /s/   Jennifer L. Dunitz-Geringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Telefax: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\MIDJ\Cornerstone\notice of dismissal.jdg.df.wpd